# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40974** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Elijah A. HICKMAN** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 8 May 2026, counsel for Appellant submitted a motion to withdraw Appellant's case from appellate review, accompanied by a request to attach Appellant's DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and his trial defense counsel on 26 February 2026.[*] Due to an administrative oversight by the servicing legal office, Appellant's case was docketed with the court on 20 April 2026.

Appellant consulted with Appellate counsel, confirmed he would like to withdraw from appellate review now that his case was erroneously docketed, and moves this court to withdraw Appellant's case from appellate review.

Accordingly, it is by the court on this day of 12th day of May 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED.** Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

[*] In Appellant's AF Form 304, *Request for Appellate Defense Counsel,* located in the record of trial with this court, Appellant elected appellate defense counsel representation on 14 January 2026. The record does not include this DD Form 2330.